UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

In Re:                                                  Case No. 18-11081

Flora B Browder                       Chapter 13

Debtor                                              Judge Joan A. Lloyd

**AGREED ORDER TO CONTINUE CONFIRMATION HEARING REGARDING PROPERTY LOCATED AT 2179 STEVENSON CHAPEL ROAD, RUSSELLVILLE, KY 42276 (Doc. No. 12)**

       This matter came to be considered on the Plan Objection regarding property located at 2179 STEVENSON CHAPEL ROAD, RUSSELLVILLE, KY 42276, set for Thursday, January 24, 2019 at 8:30 a.m.

       The parties have alleged that good cause exists for granting the Motion and for this reasons, it is appropriate to grant the relief requested.

       IT IS, THEREFORE ORDERED that the Motion is granted and the hearing on the Debtor's Plan Objection regarding property located at 2179 STEVENSON CHAPEL ROAD, RUSSELLVILLE, KY 4227 is continued to _____ at _____ a.m./p.m.

       **IT IS SO ORDERED.**

Agreed Upon:

/s/ Molly Slutsky Simons
Molly Slutsky Simons
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

/s/ Mark H. Flener
Mark H. Flener
P.O. Box 8
1143 Fairway Street, Suite 101
Bowling Green, KY 42102-0008
Phone: 270.783.8400
Fax: 270.783.8873
mark@flenerlaw.com
Debtor's Attorney
**(Per E-Mail Authorization received on 1/18/19)**

/s/ Chuck Sydenstricker
Chuck Sydenstricker
Staff Attorney for William W. Lawrence
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202
Phone: 502.581.9042
ECF@louchapter13.com
Chapter 13 Trustee
**(Per E-Mail Authorization received on 1/18/2019)**

Copies to:

Mark H. Flener
P.O. Box 8
1143 Fairway Street, Suite 101
Bowling Green, KY 42102-0008
mark@flenerlaw.com

William W Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Chapter 13 Trustee

Asst. U.S. Trustee
Office of the U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

Flora B Browder, Debtor
2179 Stevenson Chapel
Russellville, KY 42276